IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL JAMES DERRAH | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 08-3206 |
| CITY OF PHILADELPHIA | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 12th day of August, 2009, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 11), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED** in favor of Defendant and against Plaintiff with respect to Counts I, II, III, IV, V, and VII; and

2. With respect to Plaintiff's Pennsylvania Constitution Claim, this Court **DISMISSES** Count VI, the Court declining to exercise supplemental jurisdiction.

This case is **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.